# EXHIBIT B

| US8320820 B2 Claim 1 | Gillette Stadium |
|---|---|
| 1. A system providing communications capacity and supporting the communications of video and data to **hand held wireless devices** located throughout a sports and entertainment venue, comprising: | <https://www.patriots.com/fans/mobile> <br> Saved **232 times** between February 4, 2019 and January 2, 2023. <br><br> [bar chart: 13, 2014, 2015, 2016, 2017, 2018, **2019**, 2020, 2021, 2022, 2023] <br><br> Gillette Stadium has a system providing communications capacity and supporting the communications of video and data to hand held wireless devices located throughout a sports and entertainment venue. <br><br> The reference includes subject matter disclosed by the Claims of the patent after the priority date. |

| US8320820 B2<br>Claim 1 | Gillette Stadium |
|---|---|
| at least one **server** managing data including video of various perspectives of an activity captured by **video cameras** located throughout the sports and entertainment venue; and | *Live game video/audio and giveaways available on the Gillette Stadium Wi-Fi network only.<br><br>GEOGRAPHIC AND DEVICE RESTRICTIONS APPLY. DATA CHARGES MAY APPLY.<br><br>Feedback/Questions: Email customerservice@gillettestadium.com<br><https://play.google.com/store/apps/details?id=com.yinzcam.nfl.patriots&hl=en><br><br>The reference describes at least one server managing data including video of various perspectives of an activity captured by video cameras located throughout the sports and entertainment venue. |

| US8320820 B2 Claim 1 | Gillette Stadium |
|---|---|
| more than one self-contained pod including wireless communications electronics and an integrated antennae for said self-contained pod to operate as a **wireless access point** sustaining bi-directional communication with said at least one server, | *Live game video/audio and giveaways available on the Gillette Stadium Wi-Fi network only.<br><br>GEOGRAPHIC AND DEVICE RESTRICTIONS APPLY. DATA CHARGES MAY APPLY.<br><br>Feedback/Questions: Email customerservice@gillettestadium.com<br><https://play.google.com/store/apps/details?id=com.yinzcam.nfl.patriots&hl=en><br><br>The reference describes more than one self-contained pod including wireless communications electronics and an integrated antennae for said self-contained pod to operate as a wireless access point sustaining bi-directional communication with said at least one server. |

| US8320820 B2 Claim 1 | Gillette Stadium |
|---|---|
| said more than one self-contained pod deployed as a matrix of communications nodes throughout a sports and entertainment venue to provide enhanced communications capacity for and **data network access** by said hand held wireless devices being used by **spectators located throughout the sports and entertainment venue** and providing access to said data from the at least one server to said hand held wireless devices in use by the spectators. | The must-have app for everyone attending Gillette Stadium events! <br><br> · Mobile Ticket access for all Events at Gillette Stadium <br><br> · ProShop Discount for Patriots and Revolution Season Ticket Members <br><br> · Event Guides including times for exclusive event day activities <br><br> · Mobile concession ordering for Express Pickup -- Skip the lines and save time! <br><br> · Venue information including Directions, Parking, Seating Charts, Maps, Weather, A-Z Guide and more <br><br> · Guest Assistance tools including a customer service chat bot and the ability to report issues or concerns in real time <br><br> · Awesome New England Patriots features including NFL RedZone, live sideline cameras, game replays, 98.5 The Sports Hub play-by-play audio, statistics and more!* <br><br> · New England Revolution live sideline cameras and game statistics* <br><br> · Exclusive event day Giveaways* and Digital Keepsakes <br><br> · Push notifications for important event details and promotions. Customize your notification preferences and receive the alerts important to you. <br><br> <https://play.google.com/store/apps/details?id=com.yinzcam.nfl.patriots&hl=en> <br><br> The reference describes said more than one self-contained pod deployed as a matrix of communications nodes throughout a sports and entertainment venue to provide enhanced communications capacity for and data network access by said hand held wireless devices being used by spectators located throughout the sports and entertainment venue and providing access to said data from the at least one server to said hand held wireless devices in use by the spectators. |