# EXHIBIT C



## Alex Brooks · 3rd

Southwest Area Scout at New England Patriots

Houston, Texas, United States · Contact info

500+ connections

 Message     + Follow    More

 New England Patriots

 West Virginia University

## Activity
1,258 followers

**Alex hasn't posted lately**
Alex's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **New England Patriots**
4 yrs 9 mos

- **Southwest Area Scout**
  Full-time
  Apr 2021 - Present · 1 yr 10 mos
  Foxborough (Foxboro), Massachusetts, United States

- **Scouting Assistant**
  May 2018 - Apr 2021 · 3 yrs
  Foxboro, Massachusetts

 **Assistant Football Coach**
John Carroll University
Jan 2018 - May 2018 · 5 mos
Cleveland/Akron, Ohio Area